**RECEIVED**

APR 0 1 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Court of Appeals

Second District of Texas

Ft. Worth

NO. 02-13-00538-CR
NO. 02-13 00539-CR

Freddie Rodriguez                                    Appellant

V.

THE STATE OF TEXAS                              STATE

FROM The 297TH District Court of Tarrant County
Trial Court          No. 1292777D, 1339641D

Now comes Appellant Freddie Rodriguez Pro SE IN the above
Numbered Cause(s) AND Style AND Does Hereby request
this Honorable court to hear this plea in response to the
Anders Brief.

1

Appellant was never found guilty of offense but pled guilty to sexual assault in EXCHANGE for two years in T.D.C.J. on Oct. 3, 1994 in Criminal District Court #4 in Tarrant County, Ft. Worth Texas. Appellant was coerced to plea guilty by improper promises made by the state, and harmed by denial of the due process of the law and failure to show range of punishment. Appellant waited in the Tarrant County Jail approx. 23 months to go to trial but was denied trial and right to inspect any D.N.A. evidence so that appellant could not prepare to go to trial.

2.

Appellant has been wrongfully forced to register under Chap. 62 as a sex offender for the rest of his natural life. This is in violation of every American's constitutional rights and guarantee to pursue liberty, happiness, own property, right to raise and provide for family, right to employment and housing. Appellant is forced to tell everyone that he is a sex offender and/or suffer cruel and unusual punishments, persecutions, homelessness, fear of retaliation, for being branded as a sex offender, loss of liberty, property, and family, mental anguish. Appellant is being subjected to and set up for target of hate crimes, failure, slander, discrimination, rejection by family and society, - condemnation.

3

Said Chap 62 is violation to Constitutional Rights and is Double Standard, unequal justice and treatment and unfair distribution of Justice. Also Appellant's Civil Rights are Violated via Chap. 62. Registration laws show discrimination, partiality and unjust Balances or scales.

Appellant is being wrongly persecuted and in Double Jeopardy everyday while "God is calling him to a higher place and leading him to move forward in his life in Christ." The Bible says in Chap 3:13 Philippians "Brethren, I do not regard myself as having laid hold of it yet, But one thing I do; Forgetting what lies behind and reaching forward to what lies ahead." Chap. 62 law is in violation of Appellant's right to be free from being forced into entrapment and being forced to tell everyone that "he is a sex offender" which is a cruel and unusual punishment and burden that is Not of God. Chap. 62 is Double STANDARD and Partial and persecutes, prosecutes and discriminates a selective group of individuals. The Practicing sex offenders in Texas and the U.S. are the fornicators, Adulterers, Manufacturers, publishers, sellers of Porn, homosexuals, lesbians, prostitutes, the teachers, advocates, and administrators who teach young kids in the Public schools of the Alternative Life Style. These sex offenders and others are allowing perversion and sexual immorality prevail in the Public Schools and society, decieving the children and the population unto the Path of destruction. These Practicing sex offenders are to be prosecuted, arrested, and incarcerated. Yes, YAHWEH is calling all American's to repentance, Not only a partiality. Appellant has guarantee in the Constitution of the u.s. to equality, Protection, and well being. Appellants universal Human Rights are violated also in that he is being subject to cruel and unusual punishment and loss of liberty and deprivation of rights and well being.

4

Said Chap. 62 Law is violation of Appellant's right to freedom of Religion and Speech, and right to remain silent. Chap 62 is an Anti-Christian law and cruel and unusual punishment, and heavy burden that leads to loss and sorrow. It is an unfair sentence, punishment or fine that cannot be paid for by mankind or satisfied. Appellant has suffered hardships, years of homelessness, persecutions, threats of violence, slander, shame, defamation, loss of bussiness opportunities and to further education because of slander, hostility of population for being branded, marked and condemned thus suffering DOUBLE Jeopardy of Life and Limb before, during and after convictions. And still being persecuted and punished daily.

5.

Tim Curry the Head D.A. For Ft.Worth, Tarrant County District Courts during his office years was accussed of a sex crime but was never prosecuted by the State of Texas. This occurred Aprox. 3 years ago.

6.

Appellants Guaranteed constitutional rights to Freedom of religion and Speech is violated in that the Holy Bible, The Word of YAHWEH, THE GOD of the Christians States in II Corinthians 5:17 "IF Anyone be in Christ he is a New Creature, old things have passed away, behold all things are New." My Holy Bible tells Me that I am redeemed, restored and Precious in Gods Eyes." I am wrongly being Persecuted and in Double Jeopardy everyday while God is leading me and calling me to a higher place and to move forward in my life with Christ.

#7. Appellant was forced to go Pro Se in [Trial by Judge] in the 297TH District Court of Tarrant County in Ft. Worth on Oct 28, 2013 because appellant's defence Attorney Maureen Tolbert refused to litigate or present appellant's Motions to the Court. Appellant was then denied access to law Library when when Trial Judge Hon. Everett Young gave order in Court for appellant to have access to the Law Library. Appellant did not sign refusal for Law Library. Appellant then requested copy of sign in log of law library to show in Court. Law library officer told appellant he could not give it to him but to a Deputy only.

#8

None of Appellants supoenas or wittnesses were allowed or presented in Court but were denied. Sufficient time to prepare for trial was refused or denied to Appellant and so was motion for continuance to prepare for trial.

#9

Proof of residence was never established. Address at 100 W. EXCHANGE IS A BAR and Business and Appellant has never lived there. The other address given to Appellant is 2400 Cypress Ft. Worth, TX is a Homeless shelter address given to anyone who is homeless in Ft. Worth or who has no address, given by the Ft. Worth Police Dept. This address was used by Appellant for bonding purposes to go and Register as a Sex offender which he did when he bonded out of Tarrant County Jail and did Register with the Ft. Worth Police Dept. 350 W. Belknap Ft. Worth TX. 76102 in Dec. 2012.

#10

Failure to register as a sex offender by Appellant was unintentional and unknowingly because Appellant was confined in Nolan County Jail wrongfully in Sweetwater, Texas and charged with failure to register as a sex offender on or around 11-7-07 and after awaiting trial for 23 months confinement, Charge was dismissed in the intrest of Justice. Since the date of this charge dismissed Appellant has been arrested approx. 7 times

For P.I. and Stopped by Ft.Worth Police and was Not informed that he had to register as a sex offender. When it states in Chap. 62 LAW that all Institutional Correctional facilities or jails Must inform the offender that he Must register with the Police Dept or Sheriffs Dept in that jurisdiction. But when Charged with Failure to Register as a sex offender in Tarrant County, Appellant did bond out and register immediately as a sex offender with the Ft. Worth Police Dept. in Dec. 2012

#11

The Convictions and punishments are wrongful, cruel, unusual and in excess because 2 years in T.D.C.J Were offered to Appellant before trial but because Appellant refused to plea Bargain or sign for time or conviction of guilt, The D.A. Asst. Lisa A. Callaghan retaliated and asked the Presiding Judge to give the Appellant a life sentence in T.D.C.J. But Because it is the American's right to be heard by the Judge without fear of retaliation or to be subjected to Cruel and harsh punishment. Access to the Courts and the Justice System are important to Americans to be heard of a Worthy Cause and to right what is unfair and Wrong.

#12

There was Never a Deadly Weapon finding in any of the Appellant's prior convictions but testimony was allowed to show there was a deadly weapon.

The state of Texas has never proven beyond a shadow of a doubt that Appellant committed Sexual Assault which is the base of this Prosecution Nor has he ever been found guilty in the Court of law. But pled guilty for 2 yrs. T.D.C.J. which said Agreement or Plea Bargain Contract has been breeched and additional punishment has been added. Chap 62 is A set up for failure.

Wherefore, Premises Considered, the Appellant respectfully prays in the Holy Name of Jesus Christ, that this Honorable Court will overturn, exonerate, Nullify these wrongful convictions and to stop all prosecutions in the Above Causes. To stop this unfair prosecution, persecution and unfair distribution of Justice of the Chapter 62 LAW in Texas. For Relief and compensation in the Above Causes or to allow for retrial, or to be exempted From Chap. 62 as Registering as a Sex offender, or early termination granted from Registering According to Chap. 62. OR in the Alternative, that this court will set this Matter Down for a hearing prior to trial on the Merits and that at such hearing this Cause(s) will be in all things Granted.

Respectfully Submitted

Freddie Rodriguez

Freddie Rodriguez
1892352



That the Accused further states that said conduct described above violates his rights under the Texas Constitution Art. I, Secs. 10, 13 and 19, and Texas Rules of Criminal Procedure 1.04 and 1.05; and in violation of his rights under the Fifth and Sixth Amendments to the United States Constitution; and under the Fourteenth Amendment to the United States Constitution, under both the Due Process and Equal Protection clauses.

STATE OF Texas

County of Brazoria

UNSWORN Declaration - STATE LAW

The Following Declaration is Made pursuant to federal law, 28 U.S.C.A. § 1746 AND STATE LAW V.T.C.A. Civil Practice and remedies code § 132.001 - 132.003:

"My NAME is Freddie Rodriguez. My date of Birth is 2-11-66 and My INMAte identifying Number IS 1892352. I am presently incarcerated in T.D.C.J.-ID, At the Darrington Unit in RoshaRoN/Brazoria County, Texas 77583. I Declare under penalty of Perjury that foregoing is True and Correct.

Executed on this the 22ND Day of March, 2015

/s/ Freddie Rodriguez

Freddie Rodriguez
184 2352
Darrington, unit
59 Darrington Rd
Roshhron, Tx.
77583

RECEIVED

APR 01 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

NORTH HOUSTON TX 773

30 MAR 2015 PM 1 L

Court of Appeals
Second District of Texas
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Ft. Worth, Texas
76196